Exhibit A to the Complaint

**Location:** Flourtown, PA  
**Total Works Infringed:** 91  
**IP Address:** 73.178.41.167  
**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 639ECFB5DF99B06AF721A2B7EDCE4F708CC08470 | 07/27/2025 12:54:00 | Tushy | 06/26/2022 | 07/22/2022 | PA0002359467 |
| 2 | 5E0E7530E89C801BB76472D62743036574BF78F5 | 05/11/2025 20:46:48 | Tushy | 03/11/2020 | 04/15/2020 | PA0002244960 |
| 3 | 388128E50D34A2E03CCD58ABDF06E8FE7EBE2BD6 | 05/11/2025 19:16:31 | Tushy | 10/16/2022 | 11/27/2022 | PA0002388606 |
| 4 | E2DB2F3EE01DF481F49C4137F3BF251AF50B0D72 | 05/11/2025 17:28:48 | Tushy | 12/27/2020 | 01/05/2021 | PA0002269957 |
| 5 | 8C66EB037AA13EF5404DD5106524B45219995A9C | 05/11/2025 17:12:33 | Tushy | 02/05/2019 | 02/22/2019 | PA0002155146 |
| 6 | 4921C69C7C859498B8BF4A2FB83A9C6AA67D2CEE | 05/11/2025 16:14:55 | Tushy | 01/16/2022 | 03/04/2022 | PA0002345785 |
| 7 | 2576C73FCD16A2BDC9675221DA0B37F983BF2064 | 05/11/2025 15:59:18 | Tushy | 03/07/2019 | 03/31/2019 | PA0002163981 |
| 8 | 221FADE3CD0CE4DD725D9793A60F2E7BF36D361A | 05/11/2025 15:58:44 | Tushy | 02/20/2019 | 04/29/2019 | PA0002170363 |
| 9 | 41173C5F7359A9FC9F286D56CAA3585A9B525A27 | 05/11/2025 15:58:32 | Tushy | 12/20/2020 | 01/05/2021 | PA0002269960 |
| 10 | ADC6F231FE7F58D641F65B08DBBDE1CB5B7D01E6 | 05/11/2025 15:44:13 | Tushy | 05/10/2020 | 06/16/2020 | PA0002253266 |
| 11 | 5DE0F105FC00E754C7A68603C1A8E3DD0386A030 | 05/11/2025 15:26:33 | Tushy | 02/05/2020 | 03/15/2020 | PA0002240545 |
| 12 | 6DCDC6EAEB4288950A7AEE7A59F3841F4B6116F3 | 05/11/2025 15:24:26 | Tushy | 04/16/2019 | 05/11/2019 | PA0002173879 |
| 13 | 5D779CA2D56B2F1966E7ACCFB8BC5C370F4F4DC6 | 05/11/2025 15:16:59 | Tushy | 02/11/2024 | 03/12/2024 | PA0002459333 |
| 14 | 6F3ECC6B6F2049CB91A3321964BC886A73A62994 | 05/11/2025 14:10:40 | Tushy | 09/08/2018 | 10/16/2018 | PA0002127788 |
| 15 | A94B6B7F8EA91FFB3C7E4B878BDD92F5C0D97069 | 05/11/2025 14:10:33 | Tushy | 03/02/2018 | 04/17/2018 | PA0002116728 |
| 16 | 7A2AE90A9B82962BD337CF3CFEBECCA891546447 | 05/11/2025 14:05:50 | Tushy | 12/02/2017 | 01/04/2018 | PA0002097497 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 5EDD7BD982BB957C7960A9C8D17E0300AD87FCF4 | 05/11/2025 14:02:29 | Tushy | 08/13/2023 | 10/18/2023 | PA0002435313 |
| 18 | 6C9A7CF335FFAC3FDB8B3534911BFAE334F2C513 | 05/11/2025 14:00:06 | Tushy | 08/04/2019 | 08/22/2019 | PA0002195508 |
| 19 | BA5C97148F486E8D613815C9890F781BD5BC5A97 | 05/11/2025 13:58:01 | Tushy | 09/01/2024 | 09/18/2024 | PA0002490451 |
| 20 | F0B209DFB13F6D5779C5D18C099E826BA8E6A219 | 05/11/2025 13:55:01 | Tushy | 06/20/2019 | 08/27/2019 | PA0002213262 |
| 21 | 1798C2741436D0EF0A3A44D75E816B3FDC2FC368 | 05/11/2025 13:51:05 | Tushy | 12/26/2021 | 02/03/2022 | PA0002341847 |
| 22 | 5EBA2C0292C6B733BB4152722D47AD34FE2FAF31 | 05/11/2025 13:41:48 | Tushy | 05/16/2021 | 06/09/2021 | PA0002295592 |
| 23 | FE3289A7C542CCAB30F3B0E37C2E9E145B3ECC5C | 05/11/2025 13:34:46 | Tushy | 02/12/2023 | 03/07/2023 | PA0002400309 |
| 24 | AEA2A54A10B734C86EA9A7997223B49989896BE2 | 05/11/2025 13:34:37 | Tushy | 07/04/2021 | 07/08/2021 | PA0002300663 |
| 25 | 8E982B67CA4D67AD1D211959E642E8E9F591C120 | 05/11/2025 13:32:44 | Tushy | 01/01/2023 | 01/10/2023 | PA0002389579 |
| 26 | 8AC88116DF7A53F20E95E7CDBC924000CCEC06C9 | 05/11/2025 13:29:58 | Tushy | 05/12/2024 | 06/18/2024 | PA0002476874 |
| 27 | 8E5093F586461157ED2819A62F307E280FB9F631 | 05/11/2025 13:20:33 | Tushy | 04/28/2024 | 05/08/2024 | PA0002470009 |
| 28 | 25720862BFD4E33644B12BFAC0DA6201F51AC8BC | 05/11/2025 13:15:35 | Tushy | 07/05/2019 | 08/27/2019 | PA0002213300 |
| 29 | E61DE5DC0D526D171232A8994EAF508BD4CD7092 | 05/11/2025 13:13:46 | Tushy | 01/21/2019 | 02/22/2019 | PA0002155131 |
| 30 | F07BCC54CA7D41A6B5803A69BA66A0A23C7BD215 | 05/11/2025 13:13:05 | Tushy | 02/13/2022 | 03/29/2022 | PA0002342838 |
| 31 | F445823EE2BB5E4BF4886EB8490DF47ACC438C4E | 05/11/2025 13:09:04 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 32 | A0ED5364592A92C8C9F1D95159AEE9EB2C24F4D9 | 05/11/2025 13:08:22 | Tushy | 08/06/2023 | 08/17/2023 | PA0002425539 |
| 33 | CD12ED33E62B12C8D843B1215AFFAB61DEE0B3E6 | 05/11/2025 13:08:08 | Tushy | 03/03/2024 | 03/12/2024 | PA0002459337 |
| 34 | 5D2BFD8E84BEC03B46E445C517DCD6CB7091A545 | 05/11/2025 13:07:57 | Tushy | 03/07/2021 | 03/22/2021 | PA0002282503 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | F7597C8E6D2E91D7740558BA1158A44EE5FF5AB2 | 05/11/2025 13:05:53 | Tushy | 07/25/2021 | 08/20/2021 | PA0002312005 |
| 36 | 1D7C17072F65C52A3AAC0853A22C38D58DA09152 | 05/11/2025 13:02:18 | Tushy | 06/30/2024 | 07/15/2024 | PA0002480674 |
| 37 | 4E43CDEEA32755C023B9C50C8F2928B66BD489F6 | 05/11/2025 13:02:00 | Tushy | 02/04/2024 | 02/13/2024 | PA0002454781 |
| 38 | 2AD63A23BFF7C64BE2CF93020739893D683F5F5B | 05/11/2025 12:59:04 | Tushy | 04/21/2024 | 05/08/2024 | PA0002470013 |
| 39 | E0DF74D3D7E4F9A54DD02CA099D473A51BF2282F | 05/11/2025 12:54:04 | TushyRaw | 09/10/2024 | 09/18/2024 | PA0002490434 |
| 40 | F004928D8D5BFD2098E825D87BD3BC389554178C | 05/11/2025 12:53:29 | Tushy | 01/19/2025 | 02/18/2025 | PA0002515947 |
| 41 | 0F3628E61A59F4A67E8A27474FC3C1035D430043 | 05/11/2025 12:50:54 | Tushy | 11/03/2024 | 11/18/2024 | PA0002500920 |
| 42 | A431A850F4D68B5F2697AA34570FCBB6922CA871 | 05/11/2025 12:50:44 | Tushy | 02/16/2025 | 02/18/2025 | PA0002515913 |
| 43 | D8FFA09F3C97AE252BDBA56EE09FEFFF169ECCE7 | 05/11/2025 12:50:23 | Tushy | 02/09/2025 | 02/18/2025 | PA0002515855 |
| 44 | C06BE5AD424DEAEEF37D595614E9A58994A24D7D | 05/11/2025 12:48:36 | Tushy | 05/02/2021 | 06/15/2021 | PA0002296917 |
| 45 | 7DBADCDBA76805764F4B248F666D7752B115C164 | 05/11/2025 12:46:01 | Tushy | 10/13/2024 | 10/16/2024 | PA0002494753 |
| 46 | 99D8772F0FAE75981FA9C0CF6C0F57E8D37316CD | 05/11/2025 12:42:31 | Tushy | 02/21/2021 | 03/08/2021 | PA0002280370 |
| 47 | C454B2FF8FB588C05F9BC02D5F8DADD432B97FB3 | 05/11/2025 12:40:35 | Tushy | 07/14/2024 | 08/14/2024 | PA0002484875 |
| 48 | BA30B53822ED234D66D8970D2A9644206D2575B6 | 05/11/2025 12:39:53 | Tushy | 06/21/2020 | 08/03/2020 | PA0002259102 |
| 49 | BF504F5D65B1ABA34CBDB26DF9139869DD20041E | 05/11/2025 12:30:00 | Tushy | 01/29/2023 | 03/07/2023 | PA0002400310 |
| 50 | 27338B5E987C3D802911ADA3ED99200789C6555E | 05/11/2025 12:25:39 | Tushy | 06/13/2021 | 06/24/2021 | PA0002303160 |
| 51 | 0A3EE74938BB34CFC965261976DE58936E0B586F | 05/11/2025 12:18:07 | Tushy | 12/25/2022 | 01/10/2023 | PA0002389583 |
| 52 | 0220E2643A2D272ABDCAB6F52330ABD119B2C4DE | 05/11/2025 11:56:50 | Tushy | 03/05/2023 | 04/07/2023 | PA0002405753 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 5EA1CEDFD4BE9576CDFC7164EC71A2854CBFE95B | 05/11/2025 11:52:18 | Tushy | 02/28/2021 | 03/22/2021 | PA0002282501 |
| 54 | C305D215BA0CF731EE848D982DDA82DD546A52DB | 05/11/2025 11:50:33 | Tushy | 02/14/2021 | 03/08/2021 | PA0002280366 |
| 55 | A09376ED2A2E23DE043992C2F06CA7F900462F6F | 05/11/2025 11:49:49 | Tushy | 02/25/2019 | 04/17/2019 | PA0002187005 |
| 56 | F3330BFC8A24FC90551B831A5F4BC374E9B8A1F2 | 05/11/2025 11:47:16 | Tushy | 06/25/2023 | 07/13/2023 | PA0002420342 |
| 57 | F08E75A3CCD5100C7AC72DF3642EE4407DBD8A2C | 05/11/2025 11:43:23 | Tushy | 01/22/2023 | 01/27/2023 | PA0002393076 |
| 58 | 7187921EA9FCD6A45613346F742B048B53088923 | 05/11/2025 11:40:58 | Tushy | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 59 | 1D0E91F9F90E9981F9A8B3D5C36587FDFCD5784B | 05/11/2025 11:40:41 | Tushy | 06/28/2020 | 07/17/2020 | PA0002248597 |
| 60 | FFA7DF9159CD24AAF77D2FFA90B6C0897357409B | 05/11/2025 11:35:36 | TushyRaw | 09/17/2024 | 10/16/2024 | PA0002494722 |
| 61 | 0A8A59E0DD147C82E612F06AEC6DD34390866E7F | 05/11/2025 11:35:24 | Tushy | 01/05/2025 | 01/16/2025 | PA0002509626 |
| 62 | 194B7A4996A6786F24552D2A6C84D09B486BE469 | 05/11/2025 11:34:59 | Tushy | 12/18/2022 | 01/10/2023 | PA0002389612 |
| 63 | E078B84E2961C5CBE891F39D63B85A576897E52F | 05/11/2025 11:32:58 | Tushy | 11/29/2020 | 01/04/2021 | PA0002277033 |
| 64 | 444F00AD47BF37250EDEC9E71512628A18A7662B | 05/11/2025 11:30:02 | Tushy | 11/27/2022 | 12/11/2022 | PA0002384751 |
| 65 | 7CFD317743E3A1E2C24223EB2171FEBEAD05F16E | 05/11/2025 11:29:29 | Tushy | 07/23/2023 | 08/17/2023 | PA0002425533 |
| 66 | E1A2E8F5B8E5625BA1F6DA997D017DD225B832A2 | 05/11/2025 11:28:49 | Tushy | 10/28/2017 | 12/04/2017 | PA0002098014 |
| 67 | 544AB86A7475ED16B81949A05448FF8F430A2FCD | 05/11/2025 11:28:26 | Tushy | 10/20/2024 | 11/18/2024 | PA0002500925 |
| 68 | 485E9850B8D125A5DE8E3DE33C08C436FB3B7805 | 05/11/2025 11:27:10 | Tushy | 04/20/2025 | 04/22/2025 | PA0002527101 |
| 69 | A4761403631C7A932734AF4764D9F5A53937CA86 | 05/11/2025 11:25:41 | Tushy | 07/28/2024 | 08/14/2024 | PA0002484831 |
| 70 | 209ADEA84CE0566D845611964D4E17054104ACA5 | 05/10/2025 14:56:12 | Tushy | 08/29/2018 | 10/16/2018 | PA0002127775 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 71 | E4E73AED989807C7765BE7C156F4C3233AEF1385 | 05/10/2025 14:39:01 | Tushy | 08/23/2020 | 09/05/2020 | PA0002255481 |
| 72 | 10976E0245DE5FFAD9208CA36265E2638FDC16A9 | 05/10/2025 13:52:45 | Tushy | 03/12/2023 | 04/07/2023 | PA0002405752 |
| 73 | B4CA9DE725804650188413CE5326FF8FD94AE9ED | 05/10/2025 13:46:56 | Tushy | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 74 | 8C8F416191B3F15A0A28EF6E986FB24B758B81F2 | 05/10/2025 13:37:40 | Tushy | 03/30/2025 | 04/22/2025 | PA0002526944 |
| 75 | 65AE22A1EAAA2A80353EE02BDB7D66F72EE58914 | 05/10/2025 13:35:23 | Tushy | 03/28/2021 | 04/27/2021 | PA0002288947 |
| 76 | D4F4CB87CF6C9F5B302AEB41BD1901396245154E | 05/10/2025 13:30:23 | Tushy | 01/23/2022 | 02/14/2022 | PA0002335464 |
| 77 | D007939C196E714934D309C2E84ED289D4BF376E | 05/10/2025 13:30:03 | Tushy | 03/27/2022 | 04/23/2022 | PA0002346427 |
| 78 | A19BF61597515E6B1E89910F4D3F85F0AEBF4266 | 05/10/2025 12:54:43 | Tushy | 08/11/2024 | 08/15/2024 | PA0002484873 |
| 79 | 13E70BE2BD89EC16AA2F48C8370B7EB6CC446C52 | 05/10/2025 12:52:31 | Tushy | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 80 | 46C0FC7763AA487666AB2F8B870C4D11037036D2 | 05/10/2025 12:49:55 | Tushy | 08/04/2024 | 08/14/2024 | PA0002484839 |
| 81 | A794EDBD79147309C2980C598D9E671C2734194F | 05/10/2025 12:41:07 | Tushy | 12/03/2023 | 12/13/2023 | PA0002445432 |
| 82 | C7877ECD2DB266B958D0D5253F61CBEFC2811F72 | 05/10/2025 12:36:27 | Tushy | 01/27/2025 | 02/18/2025 | PA0002515936 |
| 83 | 4157BB075EC440872C9B41053864287444A90124 | 05/10/2025 12:34:16 | Tushy | 12/15/2024 | 01/16/2025 | PA0002509284 |
| 84 | 9A0B4B599E34B148174405F0D2DB2EBD52BB1D86 | 05/10/2025 12:25:39 | Tushy | 11/12/2018 | 12/10/2018 | PA0002145826 |
| 85 | 89078B825B33412AE3E21B85E2D1E12BCBB484B5 | 05/10/2025 12:19:16 | Tushy | 12/19/2021 | 02/03/2022 | PA0002341852 |
| 86 | 0BD0425E9DE1126974A7A8AAC1E3B22D56B08D1A | 05/10/2025 12:18:43 | Tushy | 03/02/2025 | 03/28/2025 | PA0002522493 |
| 87 | A361841535E06DF75A9B500A19E4C931252F04C8 | 05/10/2025 12:18:29 | Tushy | 03/17/2019 | 04/08/2019 | PA0002164888 |
| 88 | 95853F2466E696799E6030A6C5410F9A3FD3ADBA | 05/10/2025 12:13:05 | Tushy | 07/12/2020 | 07/20/2020 | PA0002248965 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 89 | DE3754185ED21BECD51B664CD095066FDB9C1F8D | 05/10/2025 12:12:34 | Tushy | 04/27/2025 | 05/20/2025 | PA0002531765 |
| 90 | C3A0FFA15363FDD10B02267791A700E5E4F4B2E7 | 05/10/2025 12:12:30 | Tushy | 02/18/2024 | 03/12/2024 | PA0002459335 |
| 91 | BA0E526E5CCC91425A2C6DEDF08EC40DED568F53 | 05/10/2025 12:12:04 | Tushy | 09/06/2020 | 09/22/2020 | PA0002265873 |